**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELVIS ANTONIO VERA CORDOVA,

Petitioner,

v.

MARKWAYNE MULLIN, *et al*.,

Respondents.

Case No. 5:26-cv-04911-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Elvis Antonio Vera Cordova is a citizen of Peru who has resided in the United States since September 2022, when he was briefly detained and then released on parole. ECF 1 at ¶¶ 28–29. Since his release on parole, Petitioner has complied with the conditions of his release. *Id.* at ¶ 31.

Nevertheless, on July 27, 2026, Petitioner was arrested and detained by Immigration and Customs Enforcement at a scheduled ICE check-in. *Id.* at ¶ 33. Petitioner was not given any notice that his parole was being revoked, or why his parole was being revoked. *Id*. at ¶¶ 33–34. Instead, he was transported to the Adelanto ICE Processing Center, where he remains. *Id.* at ¶ 1.

Petitioner now brings the instant habeas petition, alleging that his statutory and constitutional rights have been violated, based on his unlawful arrest and detention.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite notice and a briefing deadline that passed over two weeks ago. Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Elvis Antonio Vera Cordova (A# 241-686-713) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

Dated: September 21, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE